IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

---

**WEST STONE WORKS CO., INC.**
**d/b/a WEST MEMORIALS,**

    **Plaintiff,**

v.                                      No. 2:23-cv-02616

**FORT WORTH MONUMENT, INC.**

    **Defendant.**

---

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

---

COMES NOW Plaintiff West Stone Works Co., Inc. d/b/a West Memorials ("West"), by and through undersigned counsel and respectfully moves the Court for an entry of a default judgement against Defendant Fort Worth Monument, Inc. As grounds for its Motion, Plaintiff states as follows:

West filed its Complaint on September 28, 2023. Defendant Fort Worth Monument, Inc. was served on October 6, 2023 via service by certified mail on its registered agent for service of process James A. Ramsey.

Defendant's deadline for filing an Answer or otherwise responding to the Complaint was October 28, 2023. To date Defendant has not filed an Answer or responsive pleading. Nor has Defendant had counsel reach out to Plaintiff to request more time.

WHEREFORE, premises considered, Plaintiff respectfully requests this Court to enter a Judgment of Default against Defendant and to set the matter for a damages hearing on a Writ of Inquiry.

Respectfully submitted,

**BURCH, PORTER & JOHNSON, PLLC**


*/s/ Taylor A. Cates*
Taylor A. Cates (#20006)
130 North Court Avenue
Memphis, Tennessee  38103
(901) 524-5000
(901) 524-5024
tacates@bpjlaw.com

*Attorney for Plaintiff*


CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served on Fort Worth Monument, Inc. by serving registered agent James A. Ramsey, 5811 Jacksoboro Highway, Fort Worth, TX  76114, via Certified Mail, this 5th day of December, 2023.

*/s/ Taylor A. Cates*
Taylor A. Cates