# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

WEST STONE WORKS CO., INC.

    **Plaintiff**,

    v.                              **Case No. 2:23-cv-2616-SHM-tmp**

FORT WORTH MONUMENT, INC
    **Defendant**

## DEFAULT JUDGMENT DENIED

Upon the request to the Court for Default Judgment filed by the plaintiff's counsel on December 5, 2023 DEFAULT JUDGMENT IS HEREBY DENIED against Defendant, Fort Worth Monument, Inc. as there has been no request for entry of default.

    For good cause shown, the court may set aside this denial of default judgment, pursuant to rule 55(c).

Entered this 24th day of January, 2024.

                                                  WENDY R. OLIVER
                                                  Clerk of Court

                                                  By: s/ Malinda Futrell
                                                  Deputy Clerk